UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **DUANE PRINCE,** *Co-Personal Representative of the estate of* **Kathleen C. Prince,** *et al.*, | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) Cause No. 1:24-cv-00208-HAB-SLC ) |
| **TRUE NORTH FREIGHT SOLUTIONS INC.,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## **OPINION AND ORDER**

Plaintiffs filed the complaint in this action on May 22, 2024, alleging diversity of citizenship as the basis for jurisdiction under 28 U.S.C. § 1332. (ECF 1). Subject matter jurisdiction is the first issue that must be addressed, *Baker v. IBP, Inc.*, 357 F.3d 685, 687 (7th Cir. 2004), and thus, the Court raises the issue *sua sponte*, pursuant to Federal Rule of Civil Procedure 12(h)(3).

Plaintiffs' diversity allegations in the complaint are lacking in one respect as to Defendant Soni Maniyangattu. Plaintiffs allege that "[a]t all times relevant herein, *upon information and belief*, Defendant Maniyangattu was a citizen of Cambridge, Ontario." (ECF 1 ¶ 8 (emphasis added)). But "[a]llegations of federal subject matter jurisdiction may not be made on the basis of information and belief, only personal knowledge." *Yount v. Shashek*, 472 F. Supp. 2d 1055, 1057 n.1 (S.D. Ill. 2006) (citations omitted); *see also Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992); *Ferolie Corp. v. Advantage Sales & Mktg., LLC*, No. 04 C 5425, 2004 WL 2433114, at *1 (N.D. Ill. Oct. 28, 2004).

Therefore, Plaintiffs are AFFORDED to and including June 5, 2024, to file a supplemental jurisdiction statement that adequately alleges Defendant Maniyangattu's citizenship. *See Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997) (stating that the party seeking to invoke federal diversity jurisdiction bears the burden of demonstrating that the requirement of complete diversity has been met).

SO ORDERED.

Entered this 29th day of May 2024.

/s/ Susan Collins  
Susan Collins  
United States Magistrate Judge